1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PHILIP OJEDA,<br><br>                          Petitioner,<br><br>                  v.<br><br>N McDOWELL, Warden,<br><br>                          Respondent. | Case No. EDCV 15-2268-SVW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered denying the Petition and dismissing this action with prejudice; and

3.     The Clerk serve copies of this Order on the parties.

DATED: _11/15/2017_____

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE