JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PHILIP OJEDA,<br><br>       Petitioner,<br><br>      v.<br><br>N McDOWELL, Warden,<br><br>       Respondent. | Case No. EDCV 15-2268-SVW (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/15/2017

                HONORABLE STEPHEN V. WILSON
                UNITED STATES DISTRICT JUDGE